FILED

08 AUG -7 AM 8:20

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 08cv1402 BEN (WMC) |
|---|---|
| Plaintiff, vs. | ORDER GRANTING PLAINTIFF'S MOTION TO APPOINT CUSTODIAN AND TO SUBSTITUTE THE *RES* |
| $9,224.00 IN U.S. CURRENCY, Defendant. | |

Plaintiff United States of America has filed a verified complaint for the forfeiture of $9,224.00. Dkt. No. 1 (Aug. 1, 2008). Plaintiff now moves for an Order appointing the United States Marshals Service as custodian over Defendant $9,224.00 in U.S. Currency. Because good cause exists, the Court grants Plaintiff's motion and appoints the Service as custodian. The currency in question shall be deposited in the Service's Seized Assets Deposit Account; the *res* shall be substituted in this action. *See United States v. $57,480.05 in U.S. Currency & Other Coins*, 722 F.2d 1457, 1459 (9th Cir. 1984) (district courts retain *in rem* jurisdiction over the *res* until execution of judgment).

IT IS SO ORDERED.

Dated: August 5, 2008

/s/ Roger T. Benitez
Roger T. Benitez
United States District Judge