1  KAREN P. HEWITT
   United States Attorney
2  DAVID M. McNEES
   Special Assistant U.S. Attorney
3  California State Bar No. 216612
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5979
   Email: David.McNees@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,     )   Civil Case No. 08cv1402-BEN(WMc)
                                 )
11              Plaintiff,       )
                                 )   NOTICE OF APPEARANCE
12         v.                    )
                                 )
13 $9,224.00 IN U,S. CURRENCY,   )
                                 )
14              Defendant.       )
   _____)

15

16    TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17    I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18    I certify that I am admitted to practice in this court or authorized to practice under Civil Local

19 Rules 83.3.c.3-4.

20    The following government attorney (who is admitted to practice in this court or authorized to

21 practice under Civil Local Rules 83.3.c.3-4) is also associated with this case, should be listed as lead

22 counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity

23 in this case:

24    Name

25    N/A

26 //

27 //

28 //

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

N/A

Please call me if you have any questions about this notice.

DATED:  August 28, 2008

                              Respectfully submitted,

                              KAREN P. HEWITT
                              United States Attorney

                              s/David M. McNees
                              DAVID M. McNEES
                              Special Assistant U.S. Attorney
                              Attorneys for Plaintiff
                              United States of America
                              Email: David.McNees@usdoj.gov