**NICHOLAS DE PENTO**
Attorney at Law
State Bar No. 47672
550 West "C" Street
Suite 1160
San Diego, California 92101
Telephone (619) 236-1151
Fax (619) 236-1389

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.   08CV1402 J WMc |
| Plaintiff, | ) | **VERIFIED CLAIM OF RIGHT TO DEFEND** |
| vs. | ) | |
| $9,224.00 in U.S. CURRENCY, | ) | |
| Defendant, | ) | |

Comes now Khalid Toussaint Harrison and Tisha Harrison and states as follows:

1. In the above matter we are the owners of the $9,224.00 in U.S. Currency.

2. All notices of this action should go to Nicholas De Pento, Attorney at 550 West C Street, Suite 1160, San Diego, CA 92101.

He is authorized to represent our interests.

We declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this _27th_ day of August 2008 at San Diego, California,

Khalid Toussaint Harrison

Tisha Harrison

1

1  **NICHOLAS DE PENTO**
   Attorney at Law
2  State Bar No. 47672
   550 West "C" Street
3  Suite 1160
   San Diego, California 92101
4  Telephone (619) 236-1151
   Fax (619) 236-1389
5
6
7
8              **UNITED STATES DISTRICT COURT**
9          **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
10
11  UNITED STATES OF AMERICA,        )      Civil Case No.    08CV1402 **J  WMc**
                                     )      **ANSWER TO COMPLAINT FOR**
12              Plaintiff,           )      **FORFEITURE**
          vs.                        )
13                                   )
    $9,224.00 in U.S. CURRENCY,      )
14                                   )
                Defendant,           )
15                                   )
16 ─────────────────────────────────
17         Comes now defendant / claimant Khalid Toussaint Harrison and Tisha Harrison   and
18  Answers the Complaint in Forfeiture as follows:
19         1. Admit
20         2. Admit
21         3. Lacks sufficient information and on such basis denies
22         4. Deny
23         5. Deny
24         6. Deny
25
26  //
27
28  //

                                      1

1    7. Deny

2    Wherefore, defendant / claimant prays for the return of the currency as part of this

3    Complaint and for such other and further relief as this and proper, together with the costs and

4    disbursements of this action.

5

6

7                                                                    Respectfully submitted,

8

9    Dated: August 28th, 2008                          /s/ Nicholas De Pento
                                                                     NICHOLAS DE PENTO
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2                                   **Verification**
3
4          We, Khalid Toussaint Harrison and Tisha Harrison hereby declare as follows:
5          1. We are  the claimants for the defendant currency.
6          2. We have read the foregoing Answer to Complaint for Forfeiture and know its
7   contents. It is based upon our own personal knowledge and information provided to us.
8          3. Everything contained in the Answer is true and correct to the best of our knowledge
9   and belief.
10         We declare under penalty of perjury that the foregoing is true and correct.
11
12         Executed this _27th_ day of August 2008 in San Diego, California.
13
14                                          _Khalid Harrison_
15                                          Khalid Toussaint Harrison
16
17                                          _Tisha Harrison_
18                                          Tisha Harrison
19
20
21
22
23
24
25
26
27
28

                                            3

**CERTIFICATE OF SERVICE**

     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**MAILING INFORMATION FOR A CASE 08CV1402 J WMc**

1.    **Electronic Mail Notice List**

The following are those who are currently on the list to receive email notices for this case.

     David McNees     David.McNees@usdoj.gov,efile.dkt.nes.@usdoj.gov

     Nicholas De Pento  depentolaw@sbclobal.net

Date: 8/28/08

          /s/ Nicholas De Pento
          NICHOLAS DE PENTO
          Attorney for Defendant
          550 West C Street, Suite 1160
          San Diego, CA 92101
          (619) 236-1151
          depentolaw@sbcglobal.net

1